**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   07-cv-00648-AP

In RE:

M. JULIA HOOK,
DAVID L. SMITH,

    Debtors,

M. JULIA HOOK,
DAVID L. SMITH,

    Plaintiff,

v.

COMMISSIONER OF INTERNAL REVENUE,

    Defendant.
_____

**ORDER**
_____

    The undersigned is a named defendant in the case of David L. Smith v. Stephanie Seymour, et al., District Case No. 03-cv-00548, now on appeal to the Tenth Circuit Court of Appeals, Circuit Case No. 05-1032.  The undersigned is also an active member of the United States District Court for the District of Colorado named as party defendant in Case No. 07-cv-00631, In RE: M. Julia Hook, David L. Smith, Debtors, David L. Smith, Plaintiff, v. United States District Court for the District of Colorado, Defendant.  It appearing that the undersign's impartiality might reasonably be questioned,

    IT IS ORDERED that the undersigned recuses in the above-captioned matter and directs the case to be returned to the Clerk of the Court for redraw.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

Dated: June  4  2007.